UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: WILLIAM PATRICK MORRISON : CHAPTER 13
      Debtor(s) :
 :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
 :
    vs. :
 :
WILLIAM PATRICK MORRISON :
      Respondent(s) : CASE NO. 1-14-bk-00621

TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

    AND NOW, this 22nd day of September, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

      a. Current Listing Agreement for 1309 Pinch Valley Road, Westminster, MD.

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

      a. Deny confirmation of debtor(s) plan.
      b. Dismiss or convert debtor(s) case.
      c. Provide such other relief as is equitable and just.

                           Respectfully submitted:

                           Charles J. DeHart, III
                           Standing Chapter 13 Trustee
                           8125 Adams Drive, Suite A
                           Hummelstown, PA 17036
                           (717) 566-6097

      BY:            /s/James K. Jones
                      Attorney for Trustee

## CERTIFICATE OF SERVICE

    AND NOW, this 22nd day of September, 2016, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gary Imblum, Esquire
4615 Derry Street
Harrisburg, PA   17111

                /s/Deborah A. Behney
                Office of Charles J. DeHart, III
                Standing Chapter 13 Trustee