```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 14-00621-RNO
William Patrick Morrison                                            Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: REshelman     Page 1 of 1     Date Rcvd: Sep 23, 2016
                         Form ID: nthrgreq     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2016.
db           +William Patrick Morrison,    830 S 14th Avenue,    Lebanon, PA 17042-8840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2016                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2016 at the address(es) listed below:
         Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
         Gary J Imblum    on behalf of Debtor William Patrick Morrison gary.imblum@imblumlaw.com,
          gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
         Joseph P Schalk    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
         Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Recovery Management Systems Corporation    claims@recoverycorp.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                   TOTAL: 6

nthrgreq(02/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| William Patrick Morrison<br>**Debtor(s)** | Chapter: 13<br>Case number: 1:14−bk−00621−RNO<br>Document Number: 57 |
| William Patrick Morrison<br>**Movant(s)**<br>vs.<br>Charles J. DeHart III , Trustee<br>**Respondent(s)** | Matter: Motion to Modify Confirmed Plan |

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on February 18, 2014.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court**<br>**Ronald Reagan Federal Building,**<br>**Bankruptcy Courtroom (3rd Floor),**<br>**Third & Walnut Streets, Harrisburg,**<br>**PA 17101** | **Date: October 5, 2016**<br>**Time: 10:00 AM** |

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: REshelman |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 23, 2016 |