```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                Case No. 14-00621-RNO
William Patrick Morrison                                              Chapter 13
        Debtor                       **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: REshelman          Page 1 of 1          Date Rcvd: Oct 04, 2016
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2016.
db             +William Patrick Morrison,    830 S 14th Avenue,    Lebanon, PA 17042-8840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor William Patrick Morrison gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Joseph P Schalk    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | |
| WILLIAM PATRICK MORRISON | : | CASE NO. 1-14-00621-RNO |
| Debtor | : | CHAPTER 13 |

## ORDER

Upon consideration of Debtor's Motion to Modify Plan

**IT IS HEREBY ORDERED AND DECREED** that Debtor may amend his Plan in accordance with the proposed Third Amended Plan filed simultaneously herewith.

Dated: October 4, 2016

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)