```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 14-00621-RNO
William Patrick Morrison                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: REshelman     Page 1 of 1     Date Rcvd: Oct 19, 2016
                     Form ID: pdf010    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2016.
```
db             +William Patrick Morrison,    830 S 14th Avenue,    Lebanon, PA 17042-8840
               +Century 21 The Real Estate Centre,    135 E Main St,    Westminster, MD 21157-5012
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2016                                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2016 at the address(es) listed below:
```
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor William Patrick Morrison gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Joseph P Schalk    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
WILLIAM PATRICK MORRISON : CASE NO. 1-14-00621-RNO
Debtor : CHAPTER 13

## ORDER

**UPON CONSIDERATION** of Debtor's Motion to Appoint Real Estate Agent/Broker;

It is hereby ordered and decreed that the Debtor may employ Century 21 the Real Estate Centre to market the real estate located at 1309 Pinch Valley Road, Westminster, Maryland 21157 for a fee of five (5%) percent of the sales price plus $195.00 processing fee. The Listing Agreement does not provide for dual agency.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: October 18, 2016

\* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel,* 124 F.3d 567 (3rd Cir. 1997).