# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

January 25, 2017

### Via ECF Only

TO: US BANKRUPTCY COURT - CLERK

RE: William Morrison
Chapter 13 Bankruptcy Case No. 1-14-00621

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

NELSON WATSON CBE GROUP MWA
PO BOX 2547
WATERLOO IA 50704-2547

The Creditor's <u>previous</u> address was as follows:

NELSON WATSON ASSOCIATES LLC
80 MERRIMACK STREET
LOWER LEVEL
HAVERHILL MA 01830-5211

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm