

**Wells Fargo Bank N.A.**
Home Equity Group
1 Home Campus X2303-01A
Des Moines, IA 503280001

May 9, 2017

Charles J. DeHart, III
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Re: Debtor(s): William Patrick Morrison
    Bky. No.: 14-00621
    Acct. Number ending in: 4304
    Collateral: 1309 Pinch Valley Rd Westminster Maryland 21158

Dear Charles J. DeHart, III:

This letter is regarding Chapter 13 Case #14-00621 for William Patrick Morrison. I have evaluated the aforementioned account. Upon review of our records, a business decision has been made to release the lien and consider the account satisfied for claim #6. Consequently, your office may consider this proof of claim for Wells Fargo Bank, N.A. effectively withdrawn

If you have questions or require any additional information regarding this matter, please contact me at 1-877-891-0002. If I am unavailable, any Bankruptcy Unit Representative will be able to assist you. Please note our hours of operation are Monday through Friday 7:00 a.m. to 8:00 p.m. Central Standard Time. The fax number is 1-866-306-8279. For TDD assistance, call 1-866-289-2069.

Sincerely,


/s/Julie Cartwright
Bankruptcy Representative
Wells Fargo Bank, N.A.