# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
**Jeffrey L. Troutman (of counsel)**

email: gary.imblum@imblumlaw.com

**Telephone**
**717.238.5250**
**Facsimile**
**717.558.8990**

June 2, 2017

**<u>Via ECF Only</u>**

TO:  US BANKRUPTCY COURT - CLERK

RE:    William Patrick Morrison
       Chapter 13 Bankruptcy Case No. 1-14-00621

Dear Clerk:

Please issue a certified Amended Order granting Motion to Sell Real Estate Free and Clear of Liens in the above matter.  The Docket Number of the Amended Order is 86.

Very truly yours,

IMBLUM LAW OFFICES,  P.C.

/s/ Gary J. Imblum

Gary J. Imblum

GJI/cvs