```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                            Case No. 14-00621-RNO
William Patrick Morrison                                          Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: REshelman          Page 1 of 1          Date Rcvd: Jun 02, 2017
                              Form ID: pdf010          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2017.
db              +William Patrick Morrison,    830 S 14th Avenue,    Lebanon, PA 17042-8840
                +Carroll County Tax Claim Bureau,    Collections Office,    225 N. Center Street,
                  Westminster, MD 21157-5108
                 Wells Fargo Bank , N.A. (WFF CARDS),    Attn: Jeff Anderson,    PO Box 10438,
                  Des Moines, IA  50306-0438
4501669         +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    Mac# D3347-014,
                  3476 Stateview Boulevard,    Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor William Patrick Morrison gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Joseph P Schalk    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas  Song    on behalf of Creditor    Wells Fargo Bank, N.A. thomas.song@phelanhallinan.com,
               tomysong@hotmail.com
              Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| **WILLIAM PATRICK MORRISON** : | CASE NO. 1-14-00621-RNO |
| Debtor : | CHAPTER 13 |
| : | |
| **WILLIAM PATRICK MORRISON** : | |
| Movants : | |
| : | |
| v. : | |
| : | |
| **CHARLES J. DEHART, III, ESQUIRE** : | |
| **WELLS FARGO HOME MORTGAGE** : | |
| **WFF CARDS** : | |
| **CARROLL CO. TAX CLAIM BUREAU** : | |
| Respondents : | |

## AMENDED ORDER

Upon consideration of Debtor's Motion to Sell Real Estate Free and Clear of Liens and Motion to Amend Order, and it appearing that no Objection or Answer was filed to the Motion by the time set forth in an Order, good reason appearing therefore, no objections appearing thereto, it is hereby declared that the Buyer (and/or its designee) is a good faith purchaser for purposes of Section 363(m) and (n) and for purposes of *In re Abbotts Dairies of Pennsylvania Inc.*, 788 F.2d 143 (3rd Cir. 1986);

IT IS HEREBY ORDERED AND DECREED that Federal Bankruptcy Rule 6004(g) is not applicable, and the real property may be sold and purchased immediately upon entry of Order of Court approving same and that the sale of real estate at 1309 Pinch Valley Road, Westminster, Carroll County, Maryland, free and clear of liens, to Sean Aaron Mitchell and Charles Mitchell for $313,000.00 is approved and distribution of the proceeds as set forth below shall be permitted:

1. Payment of all closing costs for which Debtor is liable.

2. Payment of attorney's fees in the amount of $3,500.00, to be applied to Debtor's costs and Attorney fees billed on an hourly basis.

3. Payment of any and all other miscellaneous fees involved with the refinance.

4. Payment of any liens and mortgages.

5. As long as same is a valid lien on subject real estate, payment in full of Carroll County Tax Claim Bureau real estate taxes, if any, or else the sale will not occur.

6. Wells Fargo Bank, N.A. will either be paid in full subject to a proper payoff quote at the time of closing or any sale short of full payoff will be subject to Wells Fargo Bank, N.A.'s final approval.

7. As long as same is a valid lien on subject real estate, payment in full of WFF Cards home equity loan, or else the sale will not occur.

8. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then payment to Trustee DeHart in an amount up to the amount necessary to fully fund the Plan, less any amount otherwise payable to a secured creditor pursuant to Debtor's Plan, which is, in fact, paid at settlement.

9. If there are net proceeds remaining after paying all of the costs, fees and liens set forth in the preceding paragraphs, then payment of any and all attorney fees owed to Debtor's counsel for representation in the above matter and which have been previously approved by the Court.

10. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then the remaining balance, if any, shall be distributed to the Debtor.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: June 2, 2017