```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 14-00621-RNO
William Patrick Morrison                                            Chapter 13
      Debtor              CERTIFICATE OF NOTICE
District/off: 0314-1           User: CBoyle                 Page 1 of 2                  Date Rcvd: Jul 13, 2017
                               Form ID: 3180W               Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2017.
db             +William Patrick Morrison,    830 S 14th Avenue,    Lebanon, PA 17042-8840
4471515        +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
4475089        +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
4445795        +CHASE,   PO BOX 24696,    COLUMBUS, OH 43224-0696
4445800        +GOOD SAMARITAN HOSP,    252 SOUTH 4TH STREET,    LEBANON, PA 17042-6123
4445801        +HEATHER HOBBIE,    1020 QUAIL PLACE,   BRIELLE, NJ 08730-1138
4510189        +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,   Monroe, LA 71203-4774
4445802        +JUDITH MORRISON,    830 S 14TH AVENUE,   LEBANON, PA 17042-8840
4445804        +NATIONWIDE CREDIT, INC.,    2015 VAUGHN ROAD NW,    BUILDING 400,    KENNESAW, GA 30144-7802
4445805         NELSON WATSON CBE GROUP MWA,    PO Box 2547,   Waterloo IA 50704-2547
4445806        +NORTHSTAR LOCATION SRVCS LLC,    4285 GENESEE STREET,    BUFFALO, NY 14225-1943
4445808       ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court:   WELLS FARGO HM MORTGAG,    8480 STAGECOACH CIR,
                 FREDERICK, MD   21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4445792        +EDI: AMEREXPR.COM Jul 13 2017 19:04:00     AMEX,   PO BOX 297871,
                 FORT LAUDERDALE, FL 33329-7871
4486394         EDI: BECKLEE.COM Jul 13 2017 19:03:00     American Express Centurion Bank,
                 c/o Becket and Lee LLP,   POB 3001,   Malvern  PA 19355-0701
4445793        +EDI: TSYS2.COM Jul 13 2017 19:03:00     BARCLAYS BANK DELAWARE,    125 S WEST ST,
                 WILMINGTON, DE 19801-5014
4445794         EDI: CAPITALONE.COM Jul 13 2017 19:04:00     CAP ONE,   PO BOX 85520,    RICHMOND, VA  23285
4445796        +EDI: CHASE.COM Jul 13 2017 19:03:00     CHASE,   PO BOX 15298,    WILMINGTON, DE 19850-5298
4445797        +EDI: CITICORP.COM Jul 13 2017 19:04:00     CITI,   PO BOX 6241,    SIOUX FALLS, SD 57117-6241
4445798        +EDI: RCSFNBMARIN.COM Jul 13 2017 19:03:00     CREDIT ONE BANK NA,    PO BOX 98875,
                 LAS VEGAS, NV 89193-8875
4445799        +EDI: DISCOVER.COM Jul 13 2017 19:03:00     DISCOVER FIN SVCS LLC,    PO BOX 15316,
                 WILMINGTON, DE 19850-5316
4451376         EDI: DISCOVER.COM Jul 13 2017 19:03:00     Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
4506726         EDI: RESURGENT.COM Jul 13 2017 19:04:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,   Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4445803        +E-mail/Text: Bankruptcies@nragroup.com Jul 13 2017 19:10:46      NATIONAL RECOVERY AGEN,
                 2491 PAXTON ST,    HARRISBURG, PA 17111-1036
4500576         EDI: PRA.COM Jul 13 2017 19:03:00     Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4445807        +E-mail/Text: newbk@Regions.com Jul 13 2017 19:10:28      REGION/AMS,   PO BOX 11007,
                 BIRMINGHAM, AL 35288-0001
4508979         E-mail/Text: newbk@Regions.com Jul 13 2017 19:10:28      REGIONS BANK,   P O BOX 10063,
                 BIRMINGHAM, AL  35202-0063
4453317         EDI: RECOVERYCORP.COM Jul 13 2017 19:03:00     Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4445809        +EDI: WFFC.COM Jul 13 2017 19:03:00     WFF CARDS,   3201 N 4TH AVE,
                 SIOUX FALLS, SD 57104-0700
4501669        +EDI: WFFC.COM Jul 13 2017 19:03:00     Wells Fargo Bank, N.A.,
                 Attention: Bankruptcy Department,   Mac# D3347-014,    3476 Stateview Boulevard,
                 Fort Mill, SC 29715-7203
4489053        +EDI: WFFC.COM Jul 13 2017 19:03:00     Wells Fargo Bank, N.A.,    1 Home Campus,   MAC X2303-01A,
                 Des Moines, IA 50328-0001
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4508980*         REGIONS BANK,   P O BOX 10063,   BIRMINGHAM, AL  35202-0063
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2017 at the address(es) listed below:

        Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        Gary J Imblum    on behalf of Debtor William Patrick Morrison gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
        Joseph P Schalk    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
        Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        Mario John Hanyon    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
        Recovery Management Systems Corporation    claims@recoverycorp.com
        Thomas Song    on behalf of Creditor    Wells Fargo Bank, N.A. thomas.song@phelanhallinan.com, tomysong@hotmail.com
        Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **William Patrick Morrison** | Social Security number or ITIN   xxx−xx−7102 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **1:14−bk−00621−RNO** | | |

# Order of Discharge     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William Patrick Morrison

**By the court:**

*[signature]*

July 13, 2017

Honorable Robert N. Opel
United States Bankruptcy Judge

By: CBoyle, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**